

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

January 20, 2020

**VIA ECF**
Honorable Judge Nathan
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

JAN 2 2 2020

Re: *Diaz v. Hodinkee, Inc.; Case No: 1:19-cv-07854-AJN*

To the Honorable Judge Nathan,

I represent Plaintiff Edwin Diaz (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for Wednesday, January 23, 2020 at 12:45 p.m. However, Plaintiff's Counsel will be away that week and will not be able to attend the conference.

At this time Counsel for the Plaintiff requests on consent that the January 23rd Conference be adjourned to a date most convenient to the Court.

Thank you for your time and consideration of the above request.

> The initial pre-trial conference currently scheduled for January 23, 2020 is hereby adjourned to January 30, 2020 at 12:30 p.m.
> SO ORDERED.

Respectfully submitted,

/S/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

SO ORDERED: 1/21/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE