

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

February 27, 2020

**VIA ECF**
Honorable Judge Nathan
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 28 2020
```

Re:   Diaz v. Hodinkee, Inc.; Case No: 1:19-cv-07854-AJN

Dear Judge Nathan,

This firm represents Plaintiff Edwin Diaz (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

As per the Court's January 30, 2020 Order, the parties were granted 30 days in which to restore the case to the court's calendar. It is now February 26, 2020, and the parties are in the final phase of settlement on the matter. At this time, Counsel for the Plaintiff respectfully requests an additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal. Counsel for Defendant consents to the above request.

*SO ORDERED*

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

Cc: All counsel of record (Via ECF)

SO ORDERED: 2/28/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE